# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

161322

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMIESTRO TERRANCE WATSON,
      Defendant-Appellant.

SC:  161322
COA:  352378
Saginaw CC:  15-041396-FC

_____/

      On order of the Court, the application for leave to appeal the March 17, 2020 order of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The answer shall specifically address the current status of the defendant's prisoner account and his claim that he is entitled to an amended judgment of sentence and a refund of any overpayment, and what relief, if any, is available through the instant appeal.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



p0915

Clerk